**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7402**

———————

SHAMEKE WALKER,

Plaintiff - Appellant,

versus

MARSHALL PITTS, Lieutenant, Broad River
Correctional Institution; HERMAN WRIGHT,
Sergeant; WILLIAM CAMLIN; LLOYD B. JACKSON,
Officer,

Defendants - Appellees,

and

C. J. CEPAK, Warden; JOHN MAXCY, Major; PERCY
JONES, Captain,

Defendants,

JACK M. CLARKE,

Party in Interest.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Joseph F. Anderson, Jr., Chief
District Judge. (CA-01-3173-17-6)

———————

Submitted: January 30, 2004       Decided: February 26, 2004

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Shameke Walker, Appellant Pro Se. William Elvin Hopkins, Jr., William James Johnson, MCCUTCHEN, BLANTON, JOHNSON & BARNETTE, L.L.P., Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shameke Walker appeals the district court's order entering judgment for Defendants in accordance with the jury's verdict in this 42 U.S.C. § 1983 (2000) action alleging the excessive use of force. We have reviewed the record and other materials before us and find no reversible error. The parties' versions of events were contradictory. We will not disturb the jury's credibility determination in favor of the Defendants, nor will we weigh the evidence anew. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED